JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO OLIVARES,<br><br>Petitioner,<br><br>v.<br><br>PATRICK COVELLO, Acting Warden,<br><br>Respondent. | Case No. CV 19-9244 CJC (PVC)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

Dated: April 13, 2020

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE